# EXHIBIT 3

Amazon manufacturers, supports, and operates a communications platform (the "Amazon Calling System") that includes an Amazon server infrastructure and desktop computers, laptops, tablets, smartphones and mobile devices, and software applications running on such devices. Amazon also manufactures, supports, and operates Alexa devices, Echo devices, the Amazon Alexa app for iOS and Android, and Fire tablets that communicate using the Amazon Calling System. The Amazon server infrastructure relays data packets between users' registered devices. See https://aws.amazon.com/.

In the Amazon Calling System, users of the desktop computers, laptops, tablets, smartphones, and mobile devices can send messages including text, images, video and audio to others using the software applications running on such devices. Alexa-to-Alexa Calling ("Alexa Calling") is a voice calling service on most Alexa/Echo devices and the Alexa apps to place a call, "drop in", leave a voice message, or send a text-based message. On Alexa-enabled devices, Alexa Calling supports also supports services like Zoom, Chime and Skype. See https://www.amazon.com/alexa-drop-in-calling-intercom/b?ie=UTF8&node=21393410011.  Alexa Calling supports the following types of calls:

- Alexa-to-Alexa calling: Make and receive calls between compatible Alexa/Echo devices (or the Amazon Alexa app).
- Mobile or landline calling: Make calls from Alexa/Echo devices (or the Amazon Alexa app) to most mobile or landline numbers in the UK, US, Canada, and Mexico.
- Alexa app calling: Make calls from the Amazon Alexa app to mobile or landline numbers in the US, Canada, and Mexico.
- Group calling: Setup groups for calling in the Alexa app with up to seven people. See https://www.amazon.com/gp/help/customer/display.html?nodeId=GHGG9TWN6NYP4DJS.

**Chart A** applies claim 20 of the '234 Patent to the Amazon Calling System. The Amazon Calling System produces an access code identifying a communication channel useable by the mobile telephone to initiate a call to a callee using the channel. In the Amazon Calling System, the access code is based on a location identifier and/or based on a location pre-associated with the mobile

telephone. **Chart A** uses one theory of infringement as an example to demonstrate how elements of claim 20 read on the use of a domain name system (DNS) associated with the Amazon Calling System, literally and/or using the doctrine of equivalents, to enable mobile telephone roaming. The DNS based theory set forth in **Chart A** is one example made without limitation to one or more additionally theories of infringement that, when described using at least some of the components and/or processes associated with the Amazon Calling System already identified in **Chart A**, further demonstrate how elements of claim 20 read, literally and/or using the doctrine of equivalents, on the Amazon Calling System.

CHART A

| Patent 8,630,234 | |
|---|---|
| 20. [20p] A mobile telephone apparatus comprising: | The Amazon Calling System includes a mobile telephone apparatus.<br><br>In the Amazon Calling System, for example, roaming with a mobile telephone (e.g., a caller's mobile telephone using the Alexa app or an Alexa-to-Alexa calling enabled device, hereinafter referred to as the caller's mobile telephone) is performed when the caller's mobile telephone starts an Amazon call using the Amazon software application. One example of the Alexa-to-Alexa calling enabled device is the Amazon Echo/Echo dot. The caller's mobile telephone uses the Amazon software application to establish communication with the Amazon server infrastructure and make an Amazon call to a callee's mobile telephone using the Alexa App or to another Alexa-to-Alexa calling enabled device. The Amazon server infrastructure includes one or more servers, such as:<br><br>• One or more Amazon domain name system (DNS) servers associated with the Amazon server infrastructure that provide a naming system for computers, services, or other resources associated with the Amazon server infrastructure. The Amazon DNS servers associate domain names used by the Amazon software application with various information (such as IP addresses) that facilitate communication with the computers, services, or other resources associated with the Amazon server infrastructure. |

| | |
|---|---|
| | • One or more Amazon Calling servers associated with the Amazon server infrastructure that provide users the capability to exchange messages (including chats, group chats, images, videos, voice messages and files) and make Amazon calls (voice and video) around the world. |
| [20a] a processor circuit; | The Amazon Calling System includes a processor circuit.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone includes a processor circuit.  For example, as part of the processor circuit, the Amazon Echo includes a Texas Instruments DM3725CUS100 Digital Media Processor.<br><br><br><br>• Here's what's powering the Echo:<br><br>  Texas Instruments DM3725CUS100 Digital Media Processor<br><br>  Samsung K4X2G323PD-8GD8 256 MB LPDDR1 RAM<br><br>  SanDisk SDIN7DP2-4G 4 GB iNAND Ultra Flash Memory<br><br>  Qualcomm Atheros QCA6234X-AM2D Wi-Fi and Bluetooth Module<br><br>  Texas Instruments TPS65910A1 Integrated Power Management IC<br><br>See https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953. |

| [20b] a network interface in communication with said processor circuit; and | The Amazon Calling System includes a network interface in communication with said processor circuit. |
|---|---|
| | In the Amazon Calling System, for example, the caller's mobile telephone includes a network interface in communication with the processor circuit.  For example, the callee's mobile telephone includes the following network interfaces: |
| | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 29, 30, 66, 71) |
| | TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48) |
| | CDMA EV-DO Rev. A (800, 1900 MHz) |
| | UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | Gigabit-class LTE with 2x2 MIMO and LAA4 |
| | 802.11 Wi-Fi |
| | Bluetooth wireless technology |
| | The network interface includes a Qualcomm Atheros QCA6234X-AM2D Wi-Fi and Bluetooth Module. |

| | |
|---|---|
| |    <br><br>• Here's what's powering the Echo:<br><br>● Texas Instruments DM3725CUS100 Digital Media Processor<br><br>● Samsung K4X2G323PD-8GD8 256 MB LPDDR1 RAM<br><br>● SanDisk SDIN7DP2-4G 4 GB iNAND Ultra Flash Memory<br><br>● Qualcomm Atheros QCA6234X-AM2D Wi-Fi and Bluetooth Module<br><br>● Texas Instruments TPS65910A1 Integrated Power Management IC<br><br>See https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953. |
| [20c] a computer readable medium in communication with said processor circuit and encoded with codes for directing said processor circuit to: | The Amazon Calling System includes a computer readable medium in communication with said processor circuit and encoded with codes for directing said processor circuit.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone includes a computer readable medium in communication with the processor circuit and encoded with codes for directing the processor circuit.  For example, the caller's mobile telephone includes random access memory (RAM) and storage memory to hold operating system (OS) and application data.<br>. |

| | The computer readable medium includes Samsung K4X2G323PD-8GD8 256 MB LPDDR1 RAM and SanDisk SDIN7DP2-4G 4 GB iNAND Ultra Flash Memory. |
|---|---|
| |    <br><br>• Here's what's powering the Echo:<br><br>● Texas Instruments DM3725CUS100 Digital Media Processor<br><br>● Samsung K4X2G323PD-8GD8 256 MB LPDDR1 RAM<br><br>● SanDisk SDIN7DP2-4G 4 GB iNAND Ultra Flash Memory<br><br>● Qualcomm Atheros QCA6234X-AM2D Wi-Fi and Bluetooth Module<br><br>● Texas Instruments TPS65910A1 Integrated Power Management IC<br><br>See https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953. |
| [20d] receive, from a user of the mobile telephone, a callee identifier associated with the callee; | The Amazon Calling System receives, from a user of the mobile telephone, a callee identifier associated with the callee.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to exchange messages and make Amazon calls. Composing a message or initiating an Amazon call using message the Amazon software application begins with a user entering of a callee identifier associated with a callee into the caller's |

| | |
|---|---|
| | mobile telephone. The user input, which may comprise a partial name, a partial email address, or a partial telephone number, is input into the contact list search box, on a touch screen displaying contacts to obtain the callee identifier, and/or via voice command and which comprises one or more email addresses and/or telephone numbers associated with the callee. The caller's mobile telephone uses the Amazon software application to obtain the email addresses and/or telephone numbers associated with the callee from the user input associated with the caller's mobile telephone. |
| [20e-1] cause an access code request message to be transmitted to an access server | The Amazon Calling System transmits an access code request message to an access server to seek an access code from a pool of access codes.<br><br>In the Amazon Calling System, for example, receiving the email addresses and/or the telephone numbers associated with the callee causes the caller's mobile telephone to use the Amazon software application to transmit an access code request message to an access server.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to transmit an access code request message to an access server. In response to receiving the email addresses and/or the telephone numbers associated with the callee, the caller's mobile telephone uses the Amazon software application to transmit an access code request message comprising one or more parts or portions. The caller's mobile telephone communicates the parts or portions associated with |

| | |
|---|---|
| | the access code request message to an access server comprising one or more servers associated with the Amazon server infrastructure. |
| | • In one or more communications, the caller's mobile telephone uses the Amazon software application to communicate one or more packets with one or more access servers, such as one or more of the Amazon DNS servers associated with the Amazon server infrastructure. The packets communicated with the Amazon DNS servers comprise one or more of the parts or portions associated with the access code request message. The packets, for example, comprise information asking the Amazon DNS servers to identify one or more access servers to use to exchange a message or setup and initiate an Amazon call. Specifically, the packets comprise one or more DNS queries that query the Amazon DNS servers for one or more IP addresses associated with one or more of the Amazon Calling servers. The caller's mobile telephone uses the Amazon software application to communicate at least one DNS query asking the Amazon DNS servers for the IP addresses associated with the Amazon Calling servers. One or more domain names are used by the Amazon software application to communicate with the Amazon DNS servers to obtain the IP addresses associated with the Amazon Calling servers. |
| | • In one or more communications, the caller's mobile telephone uses the Amazon software application to communicate one or more packets with one or more access servers, such as one or more of the Amazon Calling servers associated with the Amazon server infrastructure. The packets communicated with the Amazon Calling servers comprise one or more of the parts or portions forming the access |

9

| | |
|---|---|
| | code request message. The packets, for example, comprise information asking the Amazon Calling servers how to exchange a message or setup and initiate an Amazon call with one or more access servers. Specifically, the packets comprise information asking the Amazon Calling servers to connect to a calling gateway, establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP via the calling gateway. See https://docs.aws.amazon.com/a4b/latest/ag/firewall-network.html. The caller's mobile telephone uses the Amazon software application to communicate with Amazon Calling servers associated with the IP addresses identified by the Amazon DNS servers, to establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. |
| [20e-2] to seek an access code from a pool of access codes wherein each access code in said pool of access codes identifies a respective telephone number or Internet Protocol (IP) network address that enables a local call to be made to call the callee identified by the callee identifier | The Amazon Calling System transmits an access code request message to seek an access code from a pool of access codes and includes a pool of access codes wherein each access code in said pool of access codes identifies a respective telephone number or Internet Protocol (IP) network address that enables a local call to be made to call the callee identified by the callee identifier.

In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to transmit an access code request message comprising one or more parts or portions. The caller's mobile telephone communicates the parts or |

| | |
|---|---|
| | portions associated with the access code request message with the Amazon server infrastructure, including the email address or telephone number associated with the caller discussed with respect element [20d]. The email address or telephone number identified in element [20d] is an example of the callee identifier.<br><br>• In one or more communications, the caller's mobile telephone uses the Amazon software application to communicate an email address or telephone number with the Amazon Calling servers. Specifically, the caller's mobile telephone uses the Amazon software application to communicate an email address or telephone number with the Amazon Calling servers to establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. |
| [20e-3] said access code request message including said callee identifier and | The Amazon Calling System includes the callee identifier in the access code request message.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to transmit an access code request message comprising one or more parts or portions. The caller's mobile telephone communicates the parts or portions associated with the access code request message with the Amazon server infrastructure, including the email address or telephone number associated with the caller discussed with respect element [1a]. The email address or telephone number identified in element [1a] is an example of the callee identifier. |

11

| | |
|---|---|
| | • In one or more communications, the caller's mobile telephone uses the Amazon software application to communicate an email address or telephone number with the Amazon Calling servers. Specifically, the caller's mobile telephone uses the Amazon software application to communicate an email address or telephone number with the Amazon Calling servers to establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. |
| [20e-4] a location identifier separate and distinctive from said callee identifier | The Amazon Calling System includes a location identifier separate and distinctive from the callee identifier in the access code request message.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to transmit an access code request message comprising one or more parts or portions. The caller's mobile telephone communicates the parts or portions associated with the access code request message with the Amazon server infrastructure, including an IP address associated with the caller's mobile telephone. The IP address associated with the caller's mobile telephone is an example of the location identifier and is separate and distinctive from the callee identifier as set forth in element [20e-3].<br><br>• In one or more communications, the caller's mobile telephone uses the Amazon software application to communicate an IP address associated with the caller's |

| | |
|---|---|
| | mobile telephone with the Amazon DNS servers to obtain one or more IP addresses associated with the Amazon Calling servers.<br><br>• In one or one or more communications, the caller's mobile telephone uses the Amazon software application to communicate an IP address associated with the caller's mobile telephone with the Amazon Calling servers for the information asking the Amazon Calling servers how to exchange a message or setup and initiate an Amazon call. |
| [20e-5] said location identifier identifying a location of the mobile telephone; | The Amazon Calling System includes a location identifier identifying a location of the mobile telephone in the access code request message.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to transmit an access code request message comprising one or more parts or portions. The caller's mobile telephone communicates the parts or portions associated with the access code request message with the one or more communications, including an IP address associated with the caller's mobile telephone. The IP address associated with the caller's mobile telephone identifies a location associated with the caller's mobile telephone, such as one or more of the following locations:<br><br>• an actual geographic location associated with the caller's mobile telephone, which is identified by an IP address assigned to the caller's mobile telephone by a service provider, such as a wireless carrier or Internet Service Provider (ISP); |

|  | • an actual geographic location associated with the caller's mobile telephone, which is identified by an IP address assigned to a router by a service provider, such as a wireless carrier or ISP, and through which the caller's mobile telephone directly or indirectly communicates with the Amazon server infrastructure;<br><br>• an actual geographic location associated with the caller's mobile telephone, which is identified by an IP address assigned to a proxy server by a service provider independent of the Amazon server infrastructure, such as a wireless carrier or ISP, and which is physically located at an office/data center owned or leased by the service provider or a customer of the service provider and through which the caller's mobile telephone directly or indirectly communicates with the Amazon server infrastructure;<br><br>• a relative geographic location associated with the caller's mobile telephone, which is identified using a location physically or logically relative to the Amazon server infrastructure by an IP address assigned by a service provider independent of the Amazon server infrastructure to the caller's mobile telephone, a router through which the caller's mobile telephone communicates with the Amazon server infrastructure, or a proxy server through which the caller's mobile telephone communicates with the Amazon server infrastructure;<br><br>• a proximate location associated with the caller's mobile telephone, which is identified using a location physically or logically approximate to the Amazon server infrastructure by an IP address assigned by a service provider independent of the Amazon server infrastructure to the caller's mobile telephone, a router |
|---|---|

| | |
|---|---|
| | through which the caller's mobile telephone communicates with the Amazon server infrastructure, or a proxy server through which the caller's mobile telephone communicates with the Amazon server infrastructure. |
| [20f-1] receive an access code reply message from the access server in response to said access code request message, | The Amazon Calling System receives an access code reply message from the access server in response to said access code request message.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to receive an access code reply message from the access server in response to the access code request message. The caller's mobile telephone uses the Amazon software application to receive the access code reply message comprising one or more parts or portions. The caller's mobile telephone obtains the parts or portions associated with the access code reply message from an access server comprising one or more servers associated with the Amazon server infrastructure.<br><br>• In one or more communications, the caller's mobile telephone uses the Amazon software application to obtain one or more packets from one or more access servers, such as one or more of the Amazon DNS servers associated with the Amazon server infrastructure. The packets communicated from the Amazon DNS servers comprise one or more parts or portions associated with the access code reply message. The packets, for example, comprise information identifying one or more access servers to use to exchange a message or setup and initiate an Amazon call. Specifically, the packets comprise one or more DNS replies that answer at |

| | least one query from the caller's mobile telephone for one or more IP addresses associated with one or more of the Amazon Calling servers. The packets include at least one DNS reply communicated from the Amazon DNS servers.<br><br>• In one or more communications, the caller's mobile telephone uses the Amazon software application to obtain one or more packets from one or more access servers, such as one or more of the Amazon Calling servers associated with the Amazon server infrastructure. The packets communicated from the Amazon Calling servers comprise one or more parts or portions associated with the access code reply message. The packets, for example, comprise information from the Amazon Calling servers on how to select a calling gateway, exchange a message, or setup and initiate an Amazon call with one or more access servers. Specifically, the packets comprise information asking the Amazon Calling servers to connect to a calling gateway, establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP via the calling gateway. See https://docs.aws.amazon.com/a4b/latest/ag/firewall-network.html. The caller's mobile telephone uses the Amazon software application to obtain, from the Amazon Calling servers associated with the IP addresses identified by the Amazon DNS servers, the information on how to establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. |
| --- | --- |

| [20f-2] said access code reply message including an access code different from said callee identifier and | The Amazon Calling System receives said access code reply message including an access code different from said callee identifier. |
|---|---|
| | In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to receive the access code reply message comprising one or more parts or portions. The caller's mobile telephone communicates with the Amazon server infrastructure to obtain the parts or portions associated with the access code request message, including an access code different from the callee identifier as set forth in element [20e-3]. |
| | In the Amazon Calling System, for example: |
| | • In one or more communications with the Amazon DNS servers, the caller's mobile telephone obtains all or part of the access code, comprising the IP addresses associated with the Amazon Calling servers. The Amazon DNS servers resolve the DNS queries for IP addresses associated with the Amazon server infrastructure. The access code comprising the IP addresses associated with the Amazon server infrastructure is different from the callee identifier as set forth in element [20e-3]. |
| | • In one or more communications with the Amazon Calling servers, the caller's mobile telephone obtains all or part of the access code, comprising the information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call. The access code comprising the information from the |

17

| | |
|---|---|
| | Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call is different from the callee identifier as set forth in element [20e-3]. |
| [20f-3] associated with said location identifier and/or associated with a location pre-associated with the mobile telephone | The Amazon Calling System receives said access code reply message including an access code associated with said location identifier and/or associated with a location pre-associated with the mobile telephone.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to receive the access code reply message comprising one or more parts or portions. The caller's mobile telephone communicates with the Amazon server infrastructure to obtain the parts or portions associated with the access code request message, including an access code associated with the location identifier and/or associated with a location pre-associated with the caller's mobile telephone.<br><br>In the Amazon Calling System, for example:<br>• In one or more communications with the Amazon DNS servers, the caller's mobile telephone obtains all or part of the access code, comprising the IP addresses associated with the Amazon Calling servers. The access code, comprising the IP addresses associated with the Amazon Calling servers, is associated with the location identifier and/or associated with a location pre-associated with the mobile telephone. The caller's mobile telephone communicates with the Amazon DNS servers using an IP address associated with the caller's mobile telephone, which |

|  | comprises the location identifier as discussed with respect to element [1b-5]. The Amazon DNS servers use the IP address associated with the caller's mobile telephone to resolve the DNS queries for IP addresses associated with the Amazon server infrastructure. The Amazon DNS servers resolve the DNS queries within the block of IP addresses assigned to Amazon. See https://developers.Amazon.com/docs/Amazon/guides/network-requirements/. The Amazon DNS servers use the IP address associated with the caller's mobile telephone as the location identifier to return IP addresses within the block assigned to Amazon for geographically situated servers associated with the Amazon server infrastructure.<br><br>• In one or more communications with the Amazon Calling servers, the caller's mobile telephone obtains all or part of the access code, comprising the information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call. The access code, comprising the information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call, is associated with the location identifier and/or associated with a location pre-associated with the mobile telephone. The caller's mobile telephone uses the Amazon software application to communicate with the Amazon Calling servers using an IP address associated with the caller's mobile telephone, which comprises the location identifier as discussed with respect to element [1b-5]. The Amazon Calling servers use the IP address associated with the caller's mobile telephone to establish the shared secret and derive the session keys for the media |

| | channels. The Amazon Calling servers use the IP address associated with the caller's mobile telephone as the location identifier to establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP for geographically situated servers associated with the Amazon server infrastructure. |
|---|---|
| [20f-4] wherein said access code expires after a period of time; and | The Amazon Calling System receives said access code reply message including an access code, wherein said access code expires after a period of time.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to receive the access code reply message comprising one or more parts or portions. The caller's mobile telephone communicates with the Amazon server infrastructure to obtain the parts or portions associated with the access code request message, including an access code that expires after a period of time.<br><br>• In one or more communications, the caller's mobile telephone obtains all or part of the access code, comprising the IP addresses associated with the Amazon Calling servers. The access code, comprising the IP addresses associated with the Amazon Calling servers, expires after a period of time. The Amazon DNS servers assign time-to-live TTL values in the DNS reply messages resolving the IP addresses for the Amazon server infrastructure. The TTL values indicate that validity of the responses resolving the IP addresses expires after a period of time.<br>• In one or more communications, the caller's mobile telephone obtains all or part of the access code, comprising the information from the Amazon Calling servers on |

| | |
|---|---|
| | how to exchange a message or setup and initiate an Amazon call. The access code, comprising the information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call, expires after a period of time. The information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call includes establish signaling using HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. See https://docs.aws.amazon.com/a4b/latest/ag/firewall-network.html. |
| [20g] initiate a call using said access code to identify the callee. | The Amazon Calling System initiates a call with the mobile telephone using the access code to identify the callee.<br><br>In the Amazon Calling System, for example, the caller's mobile telephone uses the Amazon software application to initiate a call using the access code to identify the callee.<br>• The caller's mobile telephone uses the Amazon software application to initiate the Amazon call using the IP addresses obtained from the Amazon DNS servers that identify the Amazon Calling servers through which a call to the callee can be initiated.<br>• The caller's mobile telephone uses the Amazon software application to initiate the Amazon call using the information from the Amazon Calling servers on how to exchange a message or setup and initiate an Amazon call. The caller's mobile telephone uses the Amazon software application to establish signaling using |

HTTPS, establish a media port and provide connectivity negotiation using ICE/STUN/TURN, and provide conference or PSTN calling audio using SRTP. See https://docs.aws.amazon.com/a4b/latest/ag/firewall-network.html.

The Amazon Calling System enables mobile telephone roaming. The Amazon Calling System produces an access code identifying a communication channel useable by the mobile telephone to initiate a call to a callee using the channel. In the Amazon Calling System, the access code is based on a location identifier and/or based on a location pre-associated with the mobile telephone. The access code identifies a communication channel on a gateway through which the caller's mobile telephone may initiate an Amazon call. In the Amazon Calling System, communication channels provided by the Amazon Calling servers are used for Amazon calls between mobile telephones using the Alexa app and Alexa-to-Alexa calling enabled devices. The communications channels also can connect the caller's mobile telephone with other devices using telephone lines in a Public Switched Telephone Network (PSTN). The Amazon Calling servers can direct calls that are received on the communications channels to a gateway leading to the PSTN. The Amazon Calling servers use the communications channels to cooperate with an IP network and the gateway to the PSTN to cause a call involving the caller's mobile telephone to be routed through the IP network and continue to the PSTN. The communication channels provided by the Amazon Calling servers provide the benefit of a local calling area associated with the caller's mobile telephone, both over the IP network and the PSTN. The expression "local calling area" herein refers generally to where calls may be placed by callers within the

| | local calling area at either no additional charge or at a lower additional charge than would be required for calls to numbers that are outside of the local calling area. |
|---|---|