## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

VOIP-PAL.COM, INC,

vs.                                          Case No.:  6:21-cv-00668 ADA

AMAZON.COM, INC.;
AMAZON.COM, SERVICES LLC; and
AMAZON WEB SERVICES, INC.,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now   Christopher Kelley                                   , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent   Amazon.com, Inc., et al.                          in this case, and

would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

Perkins Coie LLP                                          with offices at:

Mailing address:  3150 Porter Drive

City, State, Zip Code:  Palo Alto, CA 94304

Telephone:  650-838-4300                    Facsimile:  650-838-4350

2.     Since   December 6, 1993                    , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  California                          .

Applicant's bar license number is   166608                                              .

3.     Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC Northern District of California | 11/19/96 |
| USDC Eastern District of California | 3/10/97 |
| USDC Central District of California | 12/6/93 |
| District of Colorado | 5/12/13 |
| Court of Appeals 9th Circuit | 12/14/93 |
| Court of Appeals Federal Circuit | 12/20/99 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

       N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

       N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:   M. Craig Tyler

Mailing address:   Perkins Coie, 500 W. 2nd Street, Suite 1900

City, State, Zip Code:   Austin, TX  78701

Telephone:   737-256-6100

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Christopher Kelley

to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Christopher Kelley

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 22nd day of _____, 2021.

Christopher Kelley

[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

VOIP-PAL.COM, INC,

vs.                                        Case No.: 6:21-cv-00668 ADA

AMAZON.COM, INC.;
AMAZON.COM, SERVICES LLC; and

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Christopher Kelley</u>, counsel for

<u>Amazon.com, Inc., et al.</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Christopher Kelley</u> may appear on behalf of <u>Amazon.com, Inc., et al.</u>

in the above case.

IT IS FURTHER ORDERED that <u>Christopher Kelley</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge

Reset all fields        Print Form