**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, and<br>WHATSAPP, INC.<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-665-ADA |
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CIVIL ACTION NO. 6:21-cv-667-ADA |
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.<br><br>       Defendant. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Under the Scheduling Order (Case No. 6:21-cv-665, Dkt. No. 38), Plaintiff and Defendants submit this Joint Claim Construction Statement with respect to U.S. Patent Nos. 8,630,234 and 10,880,721.

## I.  AGREED-UPON CLAIM TERMS:

| Claim Term | Agreed Construction |
|---|---|
| "access server"<br><br>'234 patent, claims 1, 11, 19-21, 25, 28;<br>'721 patent, claims 1, 16, 20, 34, 38, 39, 46, 49, 50 | Plain and ordinary meaning |
| "routing controller"<br><br>'234 patent, claims 10, 19, 28, 32, 48, 62, 64;<br>'721 patent, claims 15, 16, 34, 49, 51, 77, 103, 109, 110, 124 | Plain and ordinary meaning |
| "means for receiving, from a user of the mobile telephone, a callee identifier"<br><br>'234 patent, claim 11 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** receiving, from a user of the mobile telephone, a callee identifier<br><br>**Structure:** a dialing input, which is a key pad, a voice recognition unit, or a parameter memory with prestored callee identifiers |
| "means for transmitting an access code request message to an access server"<br><br>'234 patent, claim 11;<br>'721 patent, claim 20 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** transmitting an access code request message to an access server<br><br>**Structure:** a network interface |
| "means for receiving an access code reply message from the access server in response to [said/the] access code request message"<br><br>'234 patent, claim 11;<br>'721 patent, claim 20 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** receiving an access code reply message from the access server in response to [said/the] access code request message<br><br>**Structure:** a network interface |

| Claim Term | Agreed Construction |
|---|---|
| "means for receiving from the mobile telephone [said/an] access code request message"<br><br>'234 patent, claims 19, 46 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** receiving from the mobile telephone [said/an] access code request message<br><br>**Structure:** a network interface |
| "means for transmitting [said/an/the] access code reply message including [said/the] access code to the [mobile telephone/wireless apparatus]"<br><br>'234 patent, claims 19, 46;<br>'721 patent, claims 34, 77 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** transmitting [said/an/the] access code reply message including [said/the] access code to the [mobile telephone/wireless apparatus]<br><br>**Structure:** a network interface |
| "means for receiving from a user of the wireless apparatus a destination node identifier"<br><br>'721 patent, claim 20 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** receiving from a user of the wireless apparatus a destination node identifier<br><br>**Structure:** a dialing input, which is a key pad, a voice recognition unit, or a parameter memory with prestored callee identifiers |
| "means for receiving from the wireless [apparatus/device] [the/an] access code request message"<br><br>'721 patent, claims 34, 77 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** receiving from the wireless [apparatus/device] [the/an] access code request message<br><br>**Structure:** a network interface |

## II. DISPUTED CLAIM TERMS:

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| "roaming" | Plain and ordinary meaning[1] | Preamble is limiting. | Defendants |

---

[1] Plaintiff disputes that it has made any assertion about how the plain and ordinary meaning of "roaming" should be construed.

4

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| '234 patent, claims 1, 19, 28, 30, 46, 62; '721 patent, claims 34, 49 | | Plain and ordinary meaning of "roaming" is "being in another mobile telephone service provider's network and not the mobile telephone's home network." This contrasts with Plaintiff's assertion that the plain and ordinary meaning of "roaming" is "use [of a communication device] over a geographical area." | |
| "callee identifier" '234 patent, claims 1, 11, 20, 25, 28, 30, 46, 62 | Plain and ordinary meaning | "telephone number, and not a username"[2] | Defendants |
| "access code" '234 patent, claims 1, 10, 11, 19-21, 25, 28, 30-33, 38, 40, 43, 45-48, 54, 61, 62, 64, 65, 70, 72, 75; '721 patent, claims 1, 14, 16, 20, 34, 38, 39, 46, 49-51, 57, 63, 77, 103, 104, 109, 110, 124, 130, 135, 138-40 | Plain and ordinary meaning | "code used by the [mobile telephone / wireless device / wireless apparatus] in place of the callee identifier" | Defendants |
| "access code request message" | Plain and ordinary meaning | "message sent from the [mobile device / wireless device / wireless apparatus] | Plaintiff |

---

[2] Defendant Google LLC ("Google") does not join the other Defendants' proposed construction and instead believes that this term does not require construction.

| **Claim Term** | **Plaintiff's Construction** | **Defendants' Construction** | **Proposing Party** |
|---|---|---|---|
| '234 patent, claims 1, 10, 11, 19-21, 28, 30, 31, 40, 46, 47, 62, 72; '721 patent, claims 1, 16, 20, 34, 38, 39, 49-51, 77, 103, 104, 135 | | and received by the access server"[3] | |
| "access code reply message"<br><br>'234 patent, claims 1, 10, 11, 19, 20, 25, 28, 30, 43, 45, 46, 61, 62, 75; '721 patent, claims 1, 16, 20, 34, 38, 46, 49-51, 77, 103, 124, 135, 138-40 | Plain and ordinary meaning | "message sent from the access server and received by the [mobile device / wireless device / wireless apparatus]"[4] | Plaintiff |
| "pool of access codes"<br><br>'234 patent, claims 1, 11, 20, 30, 38, 46, 54, 57, 62, 70; '721 patent, claims 63, 109 | Plain and ordinary meaning | "table containing access codes for exclusive association with a [callee identifier / destination node identifier]"[5] | Defendants |
| "local call"<br><br>'234 patent, claims 1, 11, 20 | "A call that is made in a geographical area associated with the caller's device" | Plain and ordinary meaning, which is "call within the PSTN local calling area of the mobile telephone" | Defendants |
| "means for initiating a call | Governed by 35 U.S.C. § 112, ¶ 6 | Governed by 35 U.S.C. § 112, ¶ 6 | Defendants |

---

[3] Google and Amazon do not join the other Defendants' proposed construction and instead agree with Plaintiff's proposed construction.

[4] Google and Amazon do not join the other Defendants' proposed construction and instead agree with Plaintiff's proposed construction.

[5] Google does not join the other Defendants' proposed construction and instead believes that this term does not require construction.

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| using said access code to identify the callee"<br><br>'234 patent, claim 11 | **Function:** initiating a call using said access code to identify the callee<br><br>**Structure:** Mobile wireless device 12 having a microprocessor 52 programmed to implement the algorithm illustrated in FIG. 3, which includes block 149 labeled "Initiate voice/video call using access code." The wireless device 12 includes I/O port(s) 56 capable of acting as an interface to external networks (70, 72, 15, 16). See FIG. 2. | **Function:** initiating a call using said access code to identify the callee<br><br>**Structure:** a network interface, including switched line channels in a public switched telephone network (PSTN)[6] | |
| "means for selecting said access code from a pool of access codes"<br><br>'234 patent, claim 46 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function**: selecting said access code from a pool of access codes<br><br>**Structure**: Access server 14 and/or a routing controller 30 having a microprocessor (152 or 232) programmed to implement the algorithm illustrated in FIG. 7 including step 196, FIG. 12 and/or disclosed alternative embodiments or equivalents thereof. Various | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function**: selecting said access code from a pool of access codes<br><br>**Structure**: a processor (of the routing controller), a memory storing table memory in a form given in FIG. 10, a temporary memory containing a local calling area identifier and an access code store, and a clock for selecting an access code from a pool of access | Defendants |

---

[6] Google does not join the other Defendants' proposed structure and instead offers as a proposed structure "a network interface."

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| | embodiments of a routing controller producing an access code are disclosed at col. 15, line 7 to col. 22 line 60, for example. In some embodiments, the routing controller is part of or integrated with the access server; see col. 17 lines 19-30. | codes using the algorithm given in FIG. 12[7] | |
| "gateway"<br><br>'721 patent, claims 1, 20, 38, 51, 77, 103, 133 | Plain and ordinary meaning[8] | Plain and ordinary meaning, which is "device that connects networks that use different communication protocols."<br><br>This contrasts with Plaintiff's assertion that the plain and ordinary meaning of "gateway" is "a device that connects at least two networks." | Defendants |

---

[7] Google does not join the other Defendants' proposed structure and instead offers as a proposed structure "a processor (of the routing controller) with searching access to a pool of access codes."

[8] Plaintiff disputes that it has made any assertion about how the plain and ordinary meaning of "gateway" should be construed.

Dated:  May 6, 2022

Respectfully submitted,

| */s/Lewis E. Hudnell, III* | */s/ Joshua Glucoft* |
|---|---|

Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@gikkaslaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.**

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846 (Facsimile)

Ellisen Shelton Turner (Pro Hac Vice)
ellisen.turner@kirkland.com
Joshua Popik Glucoft (CA Bar No. 301249)
josh.glucoft@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4220
Fax: (310) 552-5900

Kristina R. Cary
Massachusetts BBO No. 688759
kristina.cary@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 385-7500
Fax: (617) 385-7501

**ATTORNEYS FOR DEFENDANTS FACEBOOK, INC. AND WHATSAPP, INC.**

/s/ Robert W. Unikel
Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Robert W. Unikel (Admitted Pro Hac Vice)
robertunikel@paulhastings.com
Matthew Lind (Admitted Pro Hac Vice)
matthewlind@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Robert R. Laurenzi (Admitted Pro Hac Vice)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton (Admitted Pro Hac Vice)
ariellbratton@paulhastings.com
Cole D. Malmberg (Admitted Pro Hac Vice)
colemalmberg@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

*/s/ Daniel T. Shvodian*
M. Craig Tyler, Bar No. 00794762
CTyler@perkinscoie.com
Perkins Coie LLP
500 W 2nd St, Suite 1900
Austin, TX  78701-4687
Tel. No.  737.256.6113
Fax No.  737.256.6300

Daniel T. Shvodian, Admitted *Pro Hac Vice*
dshvodian@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel No. 650.838.4300
Fax No. 650.838.4350

Attorneys for Defendants
**AMAZON.COM, INC.;**
**AMAZON.COM, SERVICES LLC;**
**AND**
**AMAZON WEB SERVICES, INC.**

*/s/ William Hector*
**J. Mark Mann**
State Bar No. 12926150
mark@themannfirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, TX 75654
(903) 657-8540
(903) 657-6003 (fax)

Frank C. Cimino, Jr. (*pro hac vice*)
Megan S. Woodworth (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4569
FCCimino@Venable.com
MSWoodworth@Venable.com

William Hector (*pro hac vice*)
VENABLE LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750
WAHector@Venable.com

**ATTORNEYS FOR DEFENDANTS VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON BUSINESS NETWORK SERVICES LLC**

*/s/ Amanda Tessar*
Amanda Tessar, Colorado Bar #33173
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255

Martin E. Gilmore, Pro Hac Vice Pending
MGilmore@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St 1900
Austin, Texas 78701

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

**ATTORNEYS FOR DEFENDANTS T-MOBILE US, INC. AND T MOBILE USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing JOINT CLAIM CONSTRUCTION STATEMENT via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 6th day of May, 2021.

        By: */s/Lewis E. Hudnell, III*
            Lewis E. Hudnell, III
            lewis@hudnelllaw.com
            Hudnell Law Group P.C.
            800 W. El Camino Real Suite 180
            Mountain View, California 94040
            T: 650.564.3698
            F: 347.772.3034