**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**



| | | |
|---|---|---|
| **VOIP-PAL.COM, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:21-CV-00668-ADA** |
| | § | |
| **AMAZON.COM, INC., et al.,** | § | |
| *Defendants.* | § | |
| | § | |
| **VOIP-PAL.COM, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:21-CV-00672-ADA** |
| | § | |
| **VERIZON COMMUNICATIONS, INC., et al.,** | § | |
| *Defendants.* | § | |
| | § | |
| **VOIP-PAL.COM, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:21-CV-00674-ADA** |
| | § | |
| **T-MOBILE USA, INC.,** | § | |
| *Defendant.* | § | |

## <u>CLAIM CONSTRUCTION ORDER</u>

The Court considered the parties' claim construction briefs seeking to construe the terms of U.S. Patent Nos. 8,630,234 ("'234 patent") and 10,880,721 ("'721 patent") in each of the above-captioned cases. After hearing oral arguments, the Court hereby adopts the following final constructions:

| Term | Final Construction |
|---|---|
| "roaming" in preambles<br><br>'234 patent, claims 1, 19, 28, 30, 46, 62;<br>'721 patent, claims 34, 49 | "roaming" is not limiting in the preambles.<br><br>"mobile telephone" and "wireless apparatus" are limiting in the preambles.<br><br>Preambles are otherwise not limiting. |
| "callee identifier"<br><br>'234 patent, claims 1, 11, 20, 25, 28, 30, 46, 62 | Plain and ordinary meaning |
| "access code"<br><br>'234 patent, claims 1, 10, 11, 19-21, 25, 28, 30-33, 38, 40, 43, 45-48, 54, 61, 62, 64, 65, 70, 72, 75;<br><br>'721 patent, claims 1, 14, 16, 20, 34, 38, 39, 46, 49-51, 57, 63, 77, 103, 104, 109, 110, 124, 130, 135, 138-40 | Plain and ordinary meaning, which is a code used to grant access |
| "access code request message"<br><br>'234 patent, claims 1, 10, 11, 19-21, 28, 30, 31, 40, 46, 47, 62, 72;<br><br>'721 patent, claims 1, 16, 20, 34, 38, 39, 49-51, 77, 103, 104, 135 | Plain and ordinary meaning |
| "access code reply message"<br><br>'234 patent, claims 1, 10, 11, 19, 20, 25, 28, 30, 43, 45, 46, 61, 62, 75;<br><br>'721 patent, claims 1, 16, 20, 34, 38, 46, 49-51, 77, 103, 124, 135, 138-40 | Plain and ordinary meaning |
| "pool of access codes"<br><br>'234 patent, claims 1, 11, 20, 30, 38, 46, 54, 57, 62, 70;<br><br>'721 patent, claims 63, 109 | Plain and ordinary meaning |
| "local call"<br><br>'234 patent, claims 1, 11, 20 | A call treated as "local" (for example, as opposed to long distance) by a service provider.<br><br>Not limited to PSTN. |

| Term | Final Construction |
|---|---|
| "means for initiating a call using said access code to identify the callee"<br><br>'234 patent, claim 11 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function:** initiating a call using said access code to identify the callee<br><br>**Structure:** Mobile wireless device 12 having a microprocessor 52 programmed to implement the algorithm illustrated in FIG. 3, which includes block 149 labeled "Initiate voice/video call using access code."  The wireless device 12 includes I/O port(s) 56 capable of acting as an interface to external networks (70, 72, 15, 16).  See FIG. 2. |
| "means for selecting said access code from a pool of access codes"<br><br>'234 patent, claim 46 | Governed by 35 U.S.C. § 112, ¶ 6<br><br>**Function**: selecting said access code from a pool of access codes<br><br>**Structure**: Access server 14 and/or a routing controller 30 having a microprocessor (152 or 232) programmed to implement the algorithm illustrated in FIG. 7 including step 196 and/or FIG. 12.  A memory stores the pool of access codes that is selected from. Various embodiments of a routing controller selecting an access code from the pool of access codes are disclosed at col. 15, line 7 to col. 22 line 60.  In some embodiments, the routing controller is part of or integrated with the access server as described in col. 17 lines 19-30. |
| "gateway"<br><br>'721 patent, claims 1, 20, 38, 51, 77, 103, 133 | A device that connects networks and can adjust a protocol of traffic moving between the connected networks. |

**SIGNED** this 3rd day of June, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE