# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; <br> AMAZON.COM SERVICES LLC; and <br> AMAZON WEB SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |
| VOIP-PAL.COM, INC. <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; <br> CELLCO PARTNERSHIP d/b/a VERIZON <br> WIRELESS; <br> VERIZON SERVICES, CORP.; and <br> VERIZON BUSINESS NETWORK <br> SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC. <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-674-ADA |

### NOTICE OF AGREED EXTENSION OF DEADLINE

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that the parties have agreed to extend the deadline to serve Final Infringement Contentions and Final Invalidity Contentions from July 12, 2022 up to and through July 26, 2022.

Dated: June 30, 2022                                    Respectfully submitted,


By:     */s/ Lewis E. Hudnell, III*
        Lewis E. Hudnell, III
        lewis@hudnellaw.com
        Nicolas S. Gikkas
        nick@hudnelllaw.com
        Hudnell Law Group P.C.
        800 W. El Camino Real Suite 180
        Mountain View, California 94040
        T: 650.564.3698
        F: 347.772.3034

        **ATTORNEYS FOR PLAINTIFF**
        **VOIP-PAL.COM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF AGREED EXTENSION OF DEADLINE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 30th day of June, 2022.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034