IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. §<br>  *Plaintiff,* §<br> §<br>v. §<br> § Civil No. 6:21-cv-00668-ADA<br>AMAZON.COM, INC., §<br>AMAZON.COM SERVICES LLC, and §<br>AMAZON WEB SERVICES, INC. §<br>  *Defendants.* § | |

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (collectively, "Amazon") filed their Motion for Reconsideration of this Court's Order Denying Transfer. ECF No. 64; ECF No. 65. Amazon's motion largely urges the Court to reconsider the relevance of witnesses who worked on the operating system of the accused devices. The Court hereby **DENIES** Amazon's motion for reconsideration **WITHOUT PREJUDICE** because the facts have yet to fully develop.

The parties in this case extended the deadline for serving final infringement contentions to July 26, 2022. ECF No. 77. Amazon has leave to refile its motion for reconsideration after it 1) receives final infringement contentions and 2) meets and confers with Plaintiff to determine if the parties have any infringement dispute that depends on the workings of the operating system of the accused devices.

SIGNED this 12th day of July, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1