# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VOIP-PAL.COM, INC.** §<br>*Plaintiff,* §<br>§<br>v. §<br>§   Civil No. 6:21-cv-00668-ADA<br>**AMAZON.COM, INC.,** §<br>**AMAZON.COM SERVICES LLC,** and §<br>**AMAZON WEB SERVICES, INC.** §<br>*Defendants.* § | |

## ORDER COMPELLING DISCOVERY

Plaintiff VoIP-Pal.com, Inc. emailed the Court to compel the deposition of Mr. Prasad because he filed a new declaration containing new facts in support of Amazon's Renewed Motion for Reconsideration of Transfer. The Amazon Defendants oppose this relief on grounds of relevance and timeliness.

The Court finds that Plaintiff should be given an opportunity to cross-examine the declarant.

**IT IS HEREBY ORDERED** that VoIP-Pal's Request to compel Amazon to produce Mr. Vinod Prasad for a deposition on his Second Supplemental Declaration is GRANTED. Amazon shall produce Mr. Prasad for deposition within 14 days of this Order. The deadline for VoIP-Pal's response to Amazon's Renewed Motion for Reconsideration shall be extended until 14 days after the completion of the deposition.

SIGNED this 2nd day of September, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE