UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. | § |
| | § CIVIL NO: |
| vs. | § WA:21-CV-00668-ADA |
| | § |
| AMAZON WEB SERVICES, INC., AMAZON.COM. INC., AMAZON.COM SERVICES LLC | § |

## ORDER CANCELLING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **DISCOVERY HEARING** on **Thursday, November 03, 2022 at 04:00 PM is hereby CANCELLED**.

IT IS SO ORDERED this 3rd day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE