# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> *Defendants*. | Case No. 6:21-cv-668-ADA |

## JOINT MOTION TO STAY

Plaintiff VoIP-Pal.com, Inc. and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. jointly move the Court to stay the proceeding and all deadlines for forty-five (45) days. The Parties have reached an agreement in principle to resolve all issues in the case. The Parties wish to stay the case to avoid further expenditure of the Court's and Parties' resources on upcoming deadlines.

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and stay the proceeding for forty-five (45) days.

| | |
|---|---|
| Dated: May 2, 2023 | Respectfully submitted, |
| /s/ Lewis E. Hudnell, III | /s/ R. William Sigler |

Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Stanley H. Thompson
stan@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property
Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

William M. Parrish
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth
500 W. 2nd Street
Austin, Texas 78703
T: 512.788.5020
*Attorneys for Plaintiff VoIP-Pal.com, Inc.*

Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa N. Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015 202.362.3500

M. Craig Tyler
Texas Bar No. 00794762
ctyler@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St, Suite 1900
Austin, TX 78701-4687
Tel: (737) 256-6113
Fax: (737) 256-6300

Daniel T. Shvodian (*pro hac vice*)
dshvodian@perkinscoie.com
Christopher Kelley (*pro hac vice*)
ckelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650.838.4300
Fax: 650.838.4350

*Attorneys for Defendants
Amazon.com, Inc.; Amazon.com, Services LLC; and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on May 2, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                      */s/ R. William Sigler*
                                                     R. William Sigler