IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiff VoIP-Pal.com, Inc. and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. hereby each stipulate to the dismissal with prejudice of the above-captioned action, including all claims, counterclaims, and affirmative defenses, with each party to bear its own costs, expenses, and attorney's fees. The parties further stipulate that all pending requested relief should be denied as moot.

Dated: June 26, 2023                                             Respectfully submitted,

/s/ Lewis E. Hudnell, III                                         /s/ Alan M. Fisch (with permission)

| | |
|---|---|
| Lewis E. Hudnell, III<br>lewis@hudnelllaw.com<br>Nicolas S. Gikkas<br>nick@gikkaslaw.com<br>Stanley H. Thompson, Jr.<br>stan@hudnelllaw.com<br>Hudnell Law Group P.C.<br>800 W. El Camino Real<br>Suite 180<br>Mountain View, CA 94040<br>T: 650.564.3698<br>F: 347.772.3034<br><br>Sean Franklin Parmenter<br>sean@parmenterip.com<br>Parmenter Intellectual<br>Property Law, PLLC<br>8980 N Pine Hollow Drive<br>Cedar Hills, Utah 84062<br>T: 925.482.6515<br><br>William M. Parrish<br>bparrish@stradlinglaw.com<br>Stradling Yocca Carlson & Rauth<br>500 W. 2nd Street<br>Austin, Texas 78703<br>T: 512.788.5020<br><br>**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.** | Alan M. Fisch (*pro hac vice*)<br>*alan.fisch@fischllp.com*<br>R. William Sigler (*pro hac vice*)<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa N. Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW<br>Suite 400<br>Washington, DC 20015<br>202.362.3500<br><br>M. Craig Tyler<br>Texas Bar No. 00794762<br>ctyler@perkinscoie.com<br>PERKINS COIE LLP<br>500 W 2nd St, Suite 1900<br>Austin, TX 78701-4687<br>Tel: (737) 256-6113<br>Fax: (737) 256-6300<br><br>Daniel T. Shvodian (*pro hac vice*)<br>dshvodian@perkinscoie.com<br>Christopher Kelley (*pro hac vice*)<br>ckelley@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel: 650.838.4300<br>Fax: 650.838.4350<br><br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 26th day of June, 2023.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034